Harold N. Samuel, Appellant, v. Lee-Tex Rubber Products Corporation, Appellee.

Gen. No. 44,942. 

Madigan & Thorsen, for appellant; Charles Leviton and Harold P. Shane, for appellee. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1950; rehearing denied March 31, 1950; released for publication April 3, 1950.